UNITED STATES DISTRICT COURT
for the SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :

- against -                     :                **O R D E R**

TOMMY SMALLS,                   :                **14 Cr. 546 (CM)**
             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Upon the application of Peter Enrique Quijano, attorney for **TOMMY SMALLS**, for an order authorizing an additional fourteen (14) hours for Associate Counsel Anna N. Sideris, Esquire, pursuant to Title, 18 U.S.C. § 3599(a)(1)(A).

**I T   I S   H E R E B Y   O R D E R E D,** that:

1. **ANNA N. SIDERIS, Esquire,** is authorized to bill at a rate of one hundred ten dollars ($110.00) an hour for an additional fourteen (14) hours, in U.S. v.TOMMY SMALLS, 14 Cr. 546 (CM); without further authorization by the Court.

DATED:   New York, New York
           June 22, 2020

**HONORABLE COLLEEN McMAHON**
**CHIEF UNITED STATES DISTRICT JUDGE**